USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/3/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------X
UNITED STATES OF AMERICA,            :
                                     :
                                     :        **20 CR 357(VM)**
        -against-                    :        **ORDER**
                                     :
ROLAND GREEN,                        :
                                     :
                    Defendant.       :
--------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

    The Court previously scheduled a status conference in this matter for Wednesday August 5, 2020 at 12:00 p.m.  In light of the ongoing public health emergency, the status conference shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 8392198.

    The parties are further directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19, available on the Court's website: https://nysd.uscourts.gov/hon-victor -marrero.


**SO ORDERED:**


Dated:    New York, New York
          3 August 2020

                                    _____
                                        Victor Marrero
                                           U.S.D.J.