USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/5/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
                                   :    **20 CR 357(VM)**
         -against-                 :    **ORDER**
                                   :
ROLAND GREEN,                      :
                                   :
              Defendant.           :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

Counsel for the Defendant, with the consent of counsel for the Defendant (see Dkt. No. 21), requests that the status conference currently scheduled for October 9, 2020 be rescheduled. The conference shall be scheduled for Friday December 4, 2020 at 12:00 p.m.

Unless otherwise ordered by this Court, the conference shall be a teleconference. The participants are directed to use the dial-in number 888-363-4749, with access code 8392198.

All parties to this action consent to an exclusion of time from the Speedy Trial Act until December 4, 2020.

It is hereby ordered that time until December 4, 2020 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).
**SO ORDERED:**

Dated:    New York, New York
          5 October 2020

_____
Victor Marrero
U.S.D.J.