USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/09/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,            :     **20 CR 357 (VM)**
                                     :
         -against-                   :
                                     :          **ORDER**
ROLAND GREEN,                        :
                                     :
                  Defendant.         :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that a teleconference in the above matter shall be scheduled for Friday, December 11, 2020 at 11:00 a.m. The parties are directed to use the dial-in number 888-363-4749, with access code 839-2198.

**SO ORDERED:**

Dated:    New York, New York
          09 December 2020

_____
Victor Marrero
U.S.D.J.