USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/20

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
UNITED STATES OF AMERICA,               :
                                        :    20-CR-357 (VM)
                                        :
            - against -                 :    ORDER
                                        :
ROLAND GREEN,                           :
                                        :
                        Defendant.      :
----------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

It is hereby ordered that the Federal Defenders of New York, Inc., appointed to represent the above-captioned defendant, are substituted, and the representation of the defendant is assigned to C.J.A. attorney Marlon Kirton.

**SO ORDERED.**

Dated:   New York, New York
         11 December 2020

_____
Victor Marrero
U.S.D.J.