USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,              :
                                       :
                                       :     20 CR 357(VM)
        -against-                      :        ORDER
                                       :
ROLAND GREEN,                          :
                                       :
                Defendant.             :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

  Counsel for Defendant Roland Green, (see Dkt. No. 16), requests a conference to discuss Mr. Green's request for new defense counsel. The conference shall be scheduled for Friday, November 19, 2021 at 10:30 a.m.

  The conference before the Honorable Victor Marrero on Friday, November 19, 2021 at 10:30 a.m. shall be a teleconference. The parties are directed to use the dial-in number 888-363-4749, with access code 839-2198.

**SO ORDERED:**

Dated:   New York, New York
         18 November 2021

_____
Victor Marrero
U.S.D.J.