USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— against —

ROLAND GREEN,

               Defendant.

20 Cr. 357-2 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

It is hereby ordered that Marlon Kirton, the attorney representing the above-captioned defendant, is substituted and the representation of the defendant is assigned to C.J.A. attorney Cesar de Castro.

**SO ORDERED.**

Dated: New York, New York
      10 December 2021

_____
Victor Marrero
U.S.D.J.