UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROLAND GREEN,<br><br>Defendant. | ORDER<br><br>20 Cr. 357 (VM) |

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on July 6, 2022;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted. A sentencing shall be set in this matter for December 16, 2022 at 12:00 PM.

SO ORDERED.

Dated:
New York, New York
September 20, 2022

Victor Marrero
U.S.D.J.