```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/28/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

        - against -

ROLAND GREEN,

                Defendant.

20-cr-0357 (VM)

ORDER

**VICTOR MARRERO**, United States District Judge.

    The Government is directed to respond within 60 days to the matters set forth by Defendant Green in his motion entered at Dkt. No. 87.

**SO ORDERED.**

Dated:    March 28, 2024
             New York, New York

                                              Victor Marrero
                                                U.S.D.J.