USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/12/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

ROLAND GREEN,

                Defendant.

20-cr-0357 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

The Court has received the *pro se* motion by Defendant Roland Green ("Green") requesting a reduction in his sentence pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821 to the United States Sentencing Guidelines (see Dkt. 87), as well as the opposition letter by the Government (see Dkt. No. 91).

Given the Government's opposition, Green is directed to reply to the Government's submission, if he wishes, no later than 60 days from the date of this Order. The Clerk of Court is respectfully directed to mail to Green a copy of this Order and a copy of Dkt. No. 91 without delay.

**SO ORDERED.**

Dated:    June 12, 2024
            New York, New York

                                                    Victor Marrero
                                                      U.S.D.J.