UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/07/24
```

UNITED STATES OF AMERICA,

-v-

ROLAND GREEN,

                     Defendant.

20 Cr. 0357-02(VM)

ORDER

VICTOR MARRERO, District Judge:

      On December 16, 2022, Defendant Roland Green ("Green") was sentenced principally to a term of imprisonment of 80 months. The Probation Department determined that Green appeared to be eligible for an adjustment of his sentencing guidelines range based on Amendment 821 to the Sentencing Guidelines.

      On January 31, 2024, Green moved for a sentence reduction *pro se*. On May 28, 2024, the Government responded. By letter dated July 31, 2024, Green replied. The parties agree that Green is eligible for a sentence reduction under Amendment 821, and that his Guidelines range would now be 77 to 96 months' imprisonment, based on an offense level of 24 and a criminal history category of IV. Green argues that a reduction of his sentence to 77 months is appropriate because he has made progress toward rehabilitation since his incarceration began in 2020 and because a reduction would serve the policies of Amendment 821 — namely, to reduce overly punitive sentences that were once thought to reduce rates of recidivism. The Government opposes any sentence reduction, reasoning that a sentence of 80 months' incarceration is appropriate given the seriousness of the armed robbery committed by Green and Green's history of similar offenses.

The Court finds that Green is eligible for a sentence reduction and adopts the above calculations as to the defendant's Guidelines range. The Court is not persuaded that any reduction in Green's sentence is warranted. The seriousness of Green's offense, coupled with Green's history of committing similar offenses, justifies the existing sentence of 80 months' imprisonment, which is sufficient but no greater than necessary to accomplish the goals of sentencing. See 18 U.S.C. § 3553(a).

Accordingly, it is hereby ORDERED that Defendant Roland Green's motion for a reduction of sentence is DENIED. The Clerk of Court is respectfully directed to terminate the motion entered at Dkt. No. 87 and to mail a copy of this Order to Roland Green (76444-054), F.C.I. Butner Med. 2, P.O. Box 1500, Butner, NC 27509.

SO ORDERED.

_____
Victor Marrero
United States District Judge

Dated: August 7, 2024
New York, New York